IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

CARSON LEE KENNARD, II,          )
                                )
        Plaintiff,              )
                                )
v.                              )    CIVIL ACTION NO. 1:13-CV-453-WHA
                                )
GENEVA COUNTY JAIL, *et al*.,   )
                                )
        Defendants.            )

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 5) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that:

1.   The Recommendation (Doc. 5) of the Magistrate Judge is ADOPTED;

2.   Plaintiff's claims against the Geneva County Jail are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

3.   The Geneva County Jail is DISMISSED as a  party to this complaint; and

4.   This case, with respect to the remaining defendants, is referred back to the Magistrate Judge for additional proceedings.

Done this 22nd day of July, 2013.

       /s/ W. Harold Albritton
       SENIOR UNITED STATES DISTRICT JUDGE