IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARSON LEE KENNARD, II, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:13cv453-WHA |
| CARL ROWE, et al., | ) (WO) |
| Defendants. | ) |

**ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #10), entered on July 23, 2013, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failure to prosecute this action properly and to comply with the orders of the court.

DONE this 13th day of August, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE